**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RAYMOND ALEX STOKES, | : | CIVIL ACTION |
| MARITZ ESPINO FRIAS, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | No. 21-1473 |
| ALEJANDRO MAYORKAS, et al., | : | |
| Defendants. | : | |

## <u>ORDER</u>

AND NOW, on March 14, 2022, it is ORDERED that:

1.      Summary judgment in favor of Plaintiffs is GRANTED;

2.      The case is remanded to the United States Customs and Immigration Services for

consideration of a revised waiver application; and

3.      The Clerk is directed to mark this case CLOSED.


BY THE COURT:

/s/ Timothy R. Rice

_____
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE